**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| CaremarkPCS, a corporation,  ) | No. CV 04-2210 PHX-NVW |
|                          Plaintiff,  ) | **ORDER** |
| vs.                              ) |  |
| Great-West Life & Annuity Insurance ) Company, a corporation,  ) |  |
|                          Defendant.  ) |  |

    The court has received the parties' joint Stipulation Regarding Certain Counterclaims.  (Doc. # 60.)  It proposes to free the parties from the normal rules of preclusion for omitted compulsory counterclaims for the reason that possible additional counterclaims are being considered but the parties wish to avoid another extension of the time to file amended pleadings.  If additional counterclaims are being considered, efficiency for all parties would be served by including them in this action even if it occasioned some further delay.  The court is aware that further delay might prevent this case from being concluded within three years from filing, but that deadline is not mandatory and the magnitude of this case might require additional time.   Therefore, the court is amenable to a further extension of the time to file amended pleadings if it could bring within this action all or more of the actual or likely disputes between the parties. The parties might wish to waive the preclusion rule for other reasons, such as a desire to

1  prosecute the current claims without further delay in any event, and the court will not
2  interfere with that if the parties wish.
3       Therefore, the court will deny the Stipulation Regarding Certain Counterclaims
4  (doc. #60) at this time so as to allow the parties to consider further whether they can
5  include other disputes within this action with a reasonable extension of the time to amend
6  pleadings.  If the parties elect to resubmit the Stipulation Regarding Certain
7  Counterclaims after such further consideration, the court will accept it at that time.
8       IT IS THEREFORE ORDERED that the parties' joint Stipulation Regarding
9  Certain Counterclaim (doc. #60) is denied with leave to resubmit it.
10       DATED this 17th day of November, 2005.

                                         Neil V. Wake
                                     United States District Judge